### STATE OF CONNECTICUT *v.* CHRISTOPHER WEINER

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 738 (AC 18871), is denied.

*William R. Moller*, in support of the petition.

*Richard F. Jacobson*, special assistant state's attorney, in opposition.

Decided April 11, 2001

### STATE OF CONNECTICUT *v.* KUBA ASSEGAI

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 906 (AC 19105), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Kuba Assegai*, pro se, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided April 11, 2001